738 A.2d 955

IN THE MATTER OF VINCENT D. PARAGANO,
AN ATTORNEY AT LAW.

October 20, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **VINCENT D. PARAGANO** of **BERNARDS-VILLE,** who was admitted to the bar of this State in 1980, and who was suspended from the practice of law for a period of six months effective April 19, 1999, by Order of this Court dated March 23, 1999, be restored to the practice of law, effective immediately.